UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRIETTA PITTS,

    Plaintiff,

v.

GOODMAN ACKER P.C., and ROBERT HALF INTERNATIONAL, INC.,

    Defendants.
_____/

Case No. 19-cv-10829

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

OPINION & ORDER:
(1) ADOPTING MAGISTRATE JUDGE WHALEN'S FEBRUARY 29, 2020 REPORT AND RECOMMENDATION (ECF NO. 34);
(2) GRANTING DEFENDANT ROBERT HALF INTERNATIONAL, INC.'S MOTION TO DISMISS (ECF NO. 11);
(3) GRANTING DEFENDANT GOODMAN ACKER P.C.'S MOTION TO DISMISS (ECF NO. 14); and
(4) DISMISSING PLAINTIFF HENRIETTA PITTS' COMPLAINT WITH PREJUDICE

On February 29, 2020 Magistrate Judge R. Steven Whalen issued a Report and Recommendation recommending that the Court grant both Defendants' Motions to Dismiss. (ECF No. 34.) On March 13, 2020, Plaintiff Henrietta Pitts filed a Motion to Extend the deadline to file objections to the Report and Recommendation (ECF No. 35), which this Court granted on March 18, 2020 (ECF No. 36.) The extended deadline for filing objections to the Report and

1

Recommendation was April 1, 2020. (ECF No. 36.) As of the date of this Opinion and Order, Plaintiff has not filed any objections.

Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court adopts the Report and Recommendation. (ECF No. 34.) Accordingly, the Court GRANTS both Defendants' Motions to Dismiss. (ECF Nos. 11 & 14.)

IT IS SO ORDERED.


Dated:  May 26, 2020                    s/Paul D. Borman
                                        Paul D. Borman
                                        United States District Judge

2